IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLA SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-96 |
| | ) | Judge Joy Flowers Conti |
| COMMUNITY COLLEGE OF | ) | Magistrate Judge Lisa Pupo Lenihan |
| ALLEGHENY COUNTY, RICHARD | ) | |
| BETTERS, JUDY SAVOLSKIS, and | ) | |
| JEANNE SHADER, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

Plaintiff's Complaint was received by the Clerk of Court and was subsequently referred to United States Magistrate Judge Lisa Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation, filed on August 9, 2007 recommended that Defendants' Partial Motion to Dismiss be granted as to Plaintiff's claim of wrongful discharge against Defendant Community College of Allegheny County under Count IX of the Amended Complaint, and denied in all other respects; no objections were filed.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this <u>6th</u> day of September, 2007:

IT IS HEREBY ORDERED that Defendant's Partial Motions to Dismiss ( #2 and #11) be granted as to Plaintiff's claim of wrongful discharge against Community College of Allegheny County under Count IX of the Amended Complaint, and denied in all other respects.

The Report and Recommendation of Magistrate Judge Lenihan is adopted as the Opinion of the Court.

<u>/s/ Joy Flowers Conti</u>
Hon. Joy Flowers Conti
United States District Judge